IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADCUAH DIVISION
CASE NO. 5:09-CV-177-R

JOSH JAMES — PLAINTIFF

VS

JAMES MARINE, INC. — DEFENDANT

---

**DEFENDANT JAMES MARINE INC.'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS**

---

Comes the Defendant, James Marine Inc., by and through the undersigned counsel, and for its responses to Plaintiff's First Set of Requests for Admissions, hereby states as follows:

**REQUEST NO. 1:** Admit that you relied solely on the medical opinions, guidance, and/or statements of Dr. Ron Barlow of Occunet in deciding that Mr. James was not fit to return to work for you in and after July, 2008.

**RESPONSE: Deny**. James Marine, Inc. will admit that it relied upon Dr. Barlow's expertise in occupational medicine and followed his directives and guidance. However, Dr. Barlow reviewed Plaintiff's medical records as well as consulted with Plaintiff himself which revealed Plaintiff's history of seizures. The Defendant also relied upon its own judgment as well as its knowledge of Plaintiff's job requirements.

**REQUEST NO. 2:** Admit that you have no documents, including, but not limited to, notes, memoranda, e-mails, or recordings, reflecting or relating to any conversations between Mr. James and Chad Walker from January 1, 2008 through the termination of Mr. James' employment concerning any condition other than Mr. James' May 2008 back injury.

EXHIBIT
tabbies'
F

**RESPONSE: Deny at this time. Emails from Mr. Walker's computer have been located that may be relevant to this case. Defendant will supplement its Rule 26 disclosures accordingly.**

**REQUEST NO. 3:** Admit that you have no documents, including, but not limited to, notes, memoranda, e-mails, or recordings, reflecting or relating to any conversations between Mr. James and Tom Freeman from January 1, 2008 through the termination of Mr. James' employment concerning any condition other than Mr. James' May 2008 back injury.

**RESPONSE: Admit.**

**REQUEST NO. 4:** Admit that you have no documents, including, but not limited to, notes memoranda, e-mails, or recordings, reflecting or relating to any conversations between Mr. James and Pam DeWeese from January 1, 2008 through the termination of Mr. James' employment.

**RESPONSE: Admit.**

**REQUEST NO. 5:** Admit that you have no documents, including, but not limited to, notes memoranda, e-mails, or recordings, reflecting or relating to any conversations between Mr. James and David Harper, Phillip (Jr.) Long, Roy Mannon, and Robert Robinson from January 1, 2008 through the termination of Mr. James' employment pertaining to Mr. James' medical condition and/or physical ability to work.

**RESPONSE: Admit.**

**REQUEST NO. 6:** Admit that you have no documents, including, but not limited to, notes, memoranda, e-mails, or recordings, reflecting or relating to Mr. James' eligibility for FMLA leave from January 1, 2008 through October 31, 2008.

**RESPONSE: Deny.**

**REQUEST NO. 7:** Admit that you have no documents, including, but not limited to notes, memoranda, e-mails, or recordings, reflecting or relating to any conversations between Chad Walker and Mr. James in or after May 2008 pertaining to Mr. James' eligibility for medical leave.

**RESPONSE: Deny. See response to Request No. 2 above.**

**REQUEST NO. 8:** Admit that you did not provide Mr. James with a copy of the U.S. Department of Labor Form WH-381 (FMLA "Employer Response to Employees Request for Family or Medical Leave") document dated December 24, 2008 prior to your document production in this litigation.

**RESPONSE: Admit.**

**REQUEST NO. 9:** Admit that you did not provide Mr. James with any documents relating to his placement on FMLA leave prior in 2008 to the termination of his employment.

**RESPONSE: Deny. Mr. James was provided with documents regarding an FMLA leave he took in 2006.**

Respectfully submitted,

DENTON & KEULER, LLP
P.O. Box 929
Paducah, KY 42002-0929
(270) 443-8253
(270) 442-6000 (fax)

By____________________
David L. Kelly

I hereby certify that the foregoing
has been served via fax and by
mailing a true and correct copy to:

HON D WES SULLENGER
SULLENGER LAW OFFICE PLLC
1324 JEFFERSON ST
PADUCAH KY 42001

this 5th day of August, 2010.

By ______________________
David L. Kelly

126500