**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

| | | |
|---|---|---|
| **JOSH JAMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 5:09-cv-00177-TBR** |
| **v.** | ) | |
| | ) | **JURY DEMAND** |
| **JAMES MARINE, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF JOSH JAMES'S EXHIBIT LIST**

COMES NOW the Plaintiff, Josh James, by and through his undersigned counsel, and submits his Exhibit List pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Scheduling Order. Mr. James identifies the following exhibits he may offer at trial:

| Document | Source |
|---|---|
| 1. Application Summary for Disability Insurance Benefits | JJ000374-JJ000375 |
| 2. Questionnaire for Epilepsy, Headaches, And/Or Similar Disorders | Ex. D to Pltf's Resp to Dft's Mot. for SJ |
| 3. Dr. Moots' 3/12/08 Medical Release | James Dep. Ex. 6 |
| 4. 4/23/08 Soap Note Report | James Dep. Ex.12 |
| 5. 5/16/08 Soap Note Report | James Dep. Ex. 13 |
| 6. Dr. Moots' 8/4/08 Letter | James Dep. Ex. 7 |
| 7. 7/16/08 Neuro-oncology Clinic Visit notes | James Dep. Ex. 16 |
| 8. 1/16/09 Neuro-oncology Clinic Visit notes | James Dep. Ex. 17 |
| 9. Disability Report – Adult | Ex. L to Dft's Mot for SJ |
| 10. Work History Report | Ex. M to Dft's Mot for SJ |
| 11. Pain and Daily Activities Questionnaire | Ex. N to Dft's Mot for SJ |
| 12. Function Report – Adult | Ex. O to Dft's Mot for SJ |
| 13. Safety Rules | Ex. R to Dft's Mot for SJ |
| 14. Plaintiff's Unemployment Customer Activity List | JJ000175-JJ000180 |
| 15. Defendant's Responses to Plaintiff's 1st Set of Requests for Admissions | |
| 16. Defendant's Responses to Plaintiff's 2d Set of Requests for Admissions | |
| 17. Defendant's Responses to Plaintiff's 1st Set of Interrogatories and Requests for Production of Documents | |
| 18. Defendant's Responses to Plaintiff's 2d Set of Interrogatories and Requests for Production of Documents | |
| 19. E-Mails Between Chad Walker and Occunet | Walker Dep. Exs. 1-12, 14 |
| 20. Dr. Moots' 8/30/08 Letter with Dr. Barlow's notes | Walker Dep. Ex. 13 |
| 23. Application for Employment | James Dep. Ex. 1 |
| 21. Employee Evaluation | James Dep. Ex. 2 |
| 22. 5/2/07 Neuro-oncology Clinic Visit notes | James Dep. Ex. 9 |

| | |
|---|---|
| 23. 7/6/07 Neuro-oncology Clinic Visit notes | James Dep. Ex. 14 |
| 24. 10/09/07 Neuro-oncology Clinic Visit notes | James Dep. Ex. 15 |
| 25. 7/16/08 Neuro-oncology Clinic Visit notes | James Dep. Ex. 16 |
| 26. 1/16/09 Neuro-oncology Clinic Visit notes | James Dep. Ex. 17 |
| 27. 12/22/09 Neuro-oncology Clinic Visit notes | James Dep. Ex. 18 |
| 28. Employee Information sheet | Harper Dep. Ex. 2 |
| 29. Shipyard Wage and Evaluation System and General Company Policies | Harper Dep. Ex. 3 |
| 30. 1/3/05 Payroll Status Change | Harper Dep. Ex. 4 |
| 31. Welder Job Description | Harper Dep. Ex. 5 |
| 32. 2006 – 2009 Agreement | Harper Dep. Ex. 6 |
| 33. 2009 – 2012 Agreement | Harper Dep. Ex. 7 |
| 34. 11/1/07 Employee Evaluation | Harper Dep. Ex. 8 |
| 35. Family and Medical Leave Request | Harper Dep. Ex. 9 |
| 36. 5/29/07 Incident Report | Harper Dep. Ex. 10 |
| 37. 1/14/09 Termination Letter | Harper Dep. Ex. 11 |
| 38. Employer Response to Employee Request for Family or Medical Leave | Harper Dep. Ex. 12 |
| 39. Baptist Prime Care 5/16/08 Return-To-Work Note | Harper Dep. Ex. 13 |
| 40. 5/19/08 Dr. Nelson Notes | Harper Dep. Ex. 14 |
| 41. 5/19/08 Dr. Nelson's additional notes | Pltf Doc JJ000142 – JJ000143 |
| 42. Occunet 6/16/08 Physician's Written Opinion | Harper Dep. Ex. 15 |
| 43. Occunet 8/11/08 Physician's Written Opinion | Pltf Doc JJ000051 |
| 44. Dr. Nelson 6/5/08 Return-To-Work Note | Harper Dep. Ex. 17 |
| 45. Dr. Moots' 8/30/08 Letter | Pltf Doc JJ000168 |
| 46. 5/29/08 Memo and roster re 6/10/08 Continuing Foreman Education Training | Produced by Dft |
| 47. Welder Trainee Employee Process Sheet | Produced by Dft |
| 48. 9/8/04 Probationary Status Report | Produced by Dft |
| 49. 10/24/04 Probationary Status Report | Produced by Dft |
| 50. 11/4/04 Probationary Status Report | Produced by Dft |
| 51. 1/3/05 Employee Evaluation | Produced by Dft |
| 52. 6/18/05 Employee Evaluation | Produced by Dft |
| 53. 6/20/05 Payroll Status Change | Produced by Dft |

| | |
|---|---|
| 54. 9/15/05 Employee Evaluation | Produced by Dft |
| 55. 9/25/05 Payroll Status Change | Produced by Dft |
| 56. 12/16/05 Employee Evaluation | Produced by Dft |
| 57. 3/27/06 Employee Evaluation | Produced by Dft |
| 58. 9/25/06 Employee Evaluation | Produced by Dft |
| 59. 11/8/07 Employee Evaluation | Produced by Dft |
| 60. 8/30/05 Employee Attendance Report Form | Produced by Dft |
| 61. 2/3/09 Employee Profile | Produced by Dft |
| 62. ER/ACU Assessment | Produced by Dft |
| 63. 5/29/07 BaptistWorx Workers' Comp Injury Treatment Report | Produced by Dft |
| 64. 5/21/08 Occunet physician form signed by Teresa Armbruster | Produced by Dft |
| 65. 5/21/08 Physical Examination form | Pltf Doc JJ000073 |
| 66. 3/13/08 Note entering Dr. Moots' return-to-work note | Produced by Dft |
| 67. Josh James Lost Wages exhibit | Produced by Pltf Herewith |
| 68. 2009 Form 1099-G | Pltf Doc JJ000034 |
| 69. Rehab Associates Industrial Screen | Pltf Doc JJ000056 |
| 70. 5/21/08 Medical Evaluation Questionnaire | Pltf Doc JJ000076 – JJ000083 |
| 71. Plaintiff's Post-Defendant Pay Stubs | Pltf Doc JJ000171 – JJ000174, JJ000394 – JJ000397 |
| 72. Plaintiff's Phone Records | Pltf Doc JJ000175, JJ000194 – JJ000195, JJ000208 – JJ000209, JJ000214 – JJ000216, JJ000251, JJ000254, JJ000258 – JJ000261, JJ000277, JJ000336, JJ000368 – JJ00370 |
| 73. Pleadings in the Case | |

Respectfully submitted,

s/ D. Wes Sullenger____________________
D. Wes Sullenger, KY BAR # 91861
TN BPR # 021714

Sullenger Law Office, PLLC
1324 Jefferson Street
Paducah, KY 42001
Voice: (270) 443-9401
Fax: (270) 443-3624

wes@sullengerfirm.com

*Attorney for the Plaintiff,*
*Josh James*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2011, a copy of the foregoing was filed via the Court's CM/ECF system, which will send a notice of electronic filing to:

David L. Kelly
Denton & Keuler, LLP
P.O. Box 929
Paducah, KY 42002-0929

s/ D. Wes Sullenger